STATE OF MONTANA, Plaintiff, vs. MICHAEL J. MACKENZIE, Defendant.

DECISION

No. 4864

The application of the above-named defendant for a review of the sentence of Ten (10) years imposed on September 27, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. KELLY DAVEY, Defendant.

DECISION

No. 6572 A

The application of the above-named defendant for a review of the sentence of Twenty (20) years with the last Ten (10) years to be suspended imposed on September 20, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Mark Bauer, Montana Defender Project, for his assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. DAVE CASTEEL, Defendant.

DECISION

No. 1909

The application of the above-named defendant for a review of the sentence of Five (5) years imposed on November 9, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank James A. Johnstone, Montana Defender Project, for his assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.